**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COACH, INC., ET AL.,<br><br>PLAINTIFF(S)<br>v.<br>CELCO CUSTOMS SERVICE CO., ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 11-10787-MMM(PJWx)<br><br>**FINAL**<br>**JUDGMENT ON THE VERDICT**<br>**FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable MARGARET M. MORROW District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

COACH, INC.

COACH SERVICES, INC.

recover of the defendant(s):

CELCO CUSTOMS SERVICE CO.

SHEN HUEI FENG WANG

the sum of $8,000,000.00, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 08/26/2013

By ANEL HUERTA
Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)          JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)