JS-6

Samuel Watkins, Esq. (State Bar No. 272162)
swatkins@tocounsel.com
THEODORA ORINGHER PC
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California 90024-4101
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Plaintiffs Coach, Inc. and
Coach Services, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| COACH, INC. a Maryland Corporation; and COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CELCO CUSTOMS SERVICE CO., a California Corporation; SHEN HUEI FENG WANG, aka "CELINE" WANG, an individual; and DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. CV11-10787 MMM (PJWx)<br>Honorable Margaret M. Morrow<br>Court Room 780<br><br>**[PROPOSED] CONSENT JUDGMENT AGAINST DEFENDANTS CELCO CUSTOMS SERVICE CO. AND SHEN HUEI FENG WANG, aka "CELINE" WANG** |

## CONSENT JUDGMENT

Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively "Coach" or "Plaintiff"), and Defendants Celco Customs Service Co. and Shen Huei Feng Wang, a.k.a. "Celine" Wang, (collectively "Defendants"), having settled this action on terms agreeable to all parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered against Defendants in the amount of $8,000,000.00 in statutory damages under the Lanham Act, 15 U.S.C. § 1117(c), in accordance with the terms of the Settlement Agreement entered into by the parties.

2. Defendants are jointly and severally liable for payment of the $8,000,000 in statutory damages awarded to Plaintiff herein.

3. The Court shall retain jurisdiction to enforce this Consent Judgment.

4. The parties shall bear their own costs and attorneys' fees.

5. This Consent Judgment constitutes a Final Judgment pursuant to Federal Rule of Civil Procedure 58.

DATED: July 23, 2014

_____
Honorable Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

DATED: July ___, 2014        THEODORA ORINGHER PC

By: _____
Samuel Watkins
Attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc.

DATED: July ___, 2014        STEPHENS FRIEDLAND LLP

By: _____
John B. Stephens
Attorneys for Defendants Shen Huei Feng Wang, a.k.a., "Celine" Wang, and Celco Customs Service Co.